IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-248-D

| | | |
|---|---|---|
| Charlene Anakaraonye, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Michael J. Astrue, | ) | ORDER |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, through counsel, has submitted a Motion for Voluntary Dismissal of the Complaint. Plaintiff's counsel has conferred with Defendant's counsel and Defendant does not oppose this motion.

Plaintiff's motion is hereby GRANTED and this action is hereby DISMISSED.

So ORDERED.

This __28__ day of November, 2011.


JAMES C. DEVER III
Chief United States District Judge