UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLENE ANAKARAONYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:11-CV-248-D |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

    **IT IS ORDERED, ADJUDGED AND DECREED THAT** Plaintiff's Motion for Voluntary Dismissal is hereby GRANTED and this action is hereby DISMISSED.

**This Judgment Filed and Entered on November 28, 2011, and Copies To:**
Jonathan Blair Biser (Via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (Via CM/ECF Notice of Electronic Filing)

November 28, 2011                          DENNIS P. IAVARONE, CLERK

Raleigh, NC                                  /s/ Debby Sawyer
                                                  (By) Deputy Clerk