UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHARLENE ANAKARAONYE, ) ) Plaintiff, ) ) v. ) ) ) MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) ) Defendant. ) | **JUDGMENT** No. 5:11-CV-248-D |

**Decision by Court.**

    **IT IS ORDERED, ADJUDGED AND DECREED THAT** Plaintiff's Motion for Voluntary Dismissal is hereby GRANTED and this action is hereby DISMISSED.

**This Judgment Filed and Entered on November 28, 2011, and Copies To:**
Jonathan Blair Biser (Via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (Via CM/ECF Notice of Electronic Filing)

November 28, 2011                         DENNIS P. IAVARONE, CLERK

Raleigh, NC                                     /s/ Debby Sawyer
                                                     (By) Deputy Clerk